IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2010
CLERK, U.S. DISTRICT COURT
By SWh 11:50 am
         Deputy

| | |
|---|---|
| SAM ST. CLAIR, §<br>    PLAINTIFF §<br>V. §<br> §<br> §<br>VALENTINE & KEBARTAS, INC. AND §<br>CHASE BANK CARD, LLC §<br>    DEFENDANTS § | CIVIL ACTION NO. 1-09CV-189C |

## ORDER TO DISMISS

On this day came to be considered the Motion To Dismiss, and after consideration of the Plaintiff's Motion, and the agreement of the parties, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice and all costs to be borne by the parties incurring the same.

SIGNED on _____March 8_____, 2010.

_____
Judge Presiding